## WOODSON APARTMENTS, INC. *v*. DENICK, SUBSTITUTED TRUSTEE

[No. 64, September Term, 1964.]

*Decided November 13, 1964.*

The cause was argued before HENDERSON, C. J., and HAMMOND, HORNEY, SYBERT and OPPENHEIMER, JJ.

*J. Francis Ford* for the appellant.

*Walter C. Mylander, Jr.* and *Charles C. W. Atwater,* with whom was *Avrum K. Rifman* on the brief, for the appellee.

PER CURIAM ORDER.

### PER CURIAM ORDER

This cause coming on for hearing and it appearing to the Court that the case has become moot because of the failure to file a supersedeas bond, *Lowe v. Lowe,* 219 Md. 365, 369, the appeal is hereby dismissed with costs.